```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VEGA,

                Plaintiff,

-against-

CITY OF NEW YORK, DEPARTMENT OF CORRECTION; CITY OF NEW YORK DEPARTMENT OF MEDICAL SERVICES (DOC); CITY OF NEW YORK, DEPARTMENT OF CORRECTIONS, JOHN DOE, JANE DOE; N.Y.C.; D.O.C.; C.O. JOHN DOE; C.O. JANE DOE,

                Defendants.

21-CV-7262 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court has received communication that Plaintiff's facility has limited availability for telephonic conferences. To accommodate this limited availability, IT IS HEREBY ORDERED that the conference currently scheduled for February 23, 2022 at 3:00pm is adjourned to March 1, 2022 at 12:30pm. Defendants shall make all necessary arrangements with the Cayuga Correctional Facility to have Plaintiff produced at a suitable location within the Cayuga Correctional Facility equipped with a telephone to participate in the conference. To join the conference, dial 888-278-0296 and enter access code 5195844. The Clerk of the Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record. SO ORDERED.

Dated:
    New York, New York
    February 17, 2022

                                                    /s/ Mary Kay Vyskocil
                                             MARY KAY VYSKOCIL
                                             United States District Judge