```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN VEGA,

                              Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

                              Defendants.

21-CV-7262 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Plaintiff should advise the Court of his current address by September 30, 2022.  If the Plaintiff does not provide his current address this action may be dismissed without prejudice for failure to prosecute.  *See Ikpemgbe v. New York*, No. 18-cv-1027, 2021 WL 4198409, at *2 (S.D.N.Y. Sept. 15, 2021) ("Courts have repeatedly recognized that dismissal for failure to prosecute is appropriate where a plaintiff effectively disappears by failing to provide a current address where he or she can be reached." (citation omitted)).

The Clerk of the Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record and close the letter motion at ECF No. 27.

SO ORDERED.

Dated:    August 31, 2022
          New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge